UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FRANCISCO FLORES-ORTIZ,<br><br>　　　　　　　　　　　Defendant. | Case No. 18-cr-2732-MMA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO REDUCE SENTENCE AS MOOT**<br><br>[Doc. No. 39] |

　　　On May 31, 2018, Defendant Francisco Flores-Ortiz was charged in a single-count Information with illegal reentry in violation of 8 U.S.C. § 126(a) and (b). *See* Doc. No. 13. Defendant pleaded guilty and was sentenced to thirty-seven (37) months in prison followed by three (3) years of supervised release. *See* Doc. Nos. 24, 32. On August 17, 2021, Defendant filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). *See* Doc. No. 39. The Court determined that the matter was not suitable for summary disposition and directed the government to file a response in opposition to Defendant's motion. *See* Doc. No. 43. The government's response is due on or before December 8, 2021.

　　　Defendant's request for a reduction in sentence only relates to his custodial term; he does not seek to reduce the term of his supervised release. *See* Doc. No. 39 at 1 (requesting "Compassionate Release/reduction of a term of imprisonment"). However, according to the Bureau of Prisons, Defendant was released from custody on October 19,

2021.[1]  Accordingly, the Court **DENIES** Defendant's motion **AS MOOT**.  The Court further **VACATES** the government's pending deadline to respond.

     **IT IS SO ORDERED**.

Dated:  October 25, 2021

                                  HON. MICHAEL M. ANELLO
                                  United States District Judge

---

[1] *See* Federal Bureau of Prisons Online Inmate Locator, available at https://www.bop.gov/inmateloc (last visited October 25, 2021).